Petition for Writ of Mandamus Denied and Memorandum Opinion filed
January 12, 2006









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed January 12, 2006.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-01082-CV

____________

 

IN RE FARMERS INSURANCE EXCHANGE, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M  O P I N I O N

On October 24, 2005, relator
Farmers Insurance Exchange filed a petition for writ of mandamus in this
Court.  See Tex. Gov=t Code Ann. '22.221 (Vernon 2004); see  also  Tex.
R. App. P. 52.1. 

Relator has failed to establish it is entitled to mandamus
relief.  Accordingly, we deny relator=s petition for writ of mandamus.  

 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed January 12, 2006.

Panel consists of
Chief Justice Hedges, and Justices Yates and Anderson